


# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DAVID KIEBLER
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336 (phone)
702-388-5087 (fax)
david.kiebler@usdoj.gov
Attorney for the United States of America

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
|---|---|
| Plaintiff, | |
| v. | 2:24-cr-0031-APG-NJK |
| ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow" | **VIOLATIONS:**<br><br>Count One:<br>18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Engaging in the Business of Dealing and Manufacturing Firearms Without a License |
| DERICK LAMAR HOWARD, | |
| KEVIN DEWAYNE WALKER, and | |
| KEVIN ERIC COLEMAN, | Count Two:<br>18 U.S.C. §§ 922(o) and 371 and 924(a)(2) – Conspiracy to Possess or Transfer a Machinegun |
| Defendants. | |
| | Count Three - Five:<br>18 U.S.C. § 922(o) and 924(a)(2) – Possession or Transfer of a Machinegun |
| | Count Six:<br>21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 846 – Conspiracy to Distribute a Controlled Substance |
| | Counts Seven, Eight, Ten, and Eleven:<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(b)(vi) – Distribution of a Controlled Substance |

|  |  |
|---|---|
|  | Count Nine:<br>18 U.S.C. § 924(c)(1)(A)(i) – Possessing a Firearm in Furtherance of Drug Trafficking Crime |

**THE GRAND JURY CHARGES THAT:**

<h2 style="text-align:center"><u>COUNT ONE</u></h2>
*Engaging in the Business of Dealing or Manufacturing Firearms Without a License*

Beginning on or about August 1, 2023, and January 13, 2024, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow,"
DERICK LAMAR HOWARD,
KEVIN DEWAYNE WALKER, and
KEVIN ERIC COLEMAN**

defendants herein, not being licensed dealers, importers, or manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

<h2 style="text-align:center"><u>COUNT TWO</u></h2>
*Conspiracy to Possess and Transfer a Machine Gun*

Beginning on or about August 1, 2023, and continuing through on or about January 11, 2024, in the State and Federal District of Nevada, and elsewhere,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow,"
DERICK LAMAR HOWARD, and
KEVIN DEWAYNE WALKER**

defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with one another, to commit an offense against the United States, to wit: knowingly possessing or transferring machineguns, to wit: a privately manufactured AR-variant pistol that was converted into a machine gun, a privately manufactured AR-variant

pistol with a polymer machine gun conversion device attached, and a selector switch used to modify a semi-automatic firearm to fire as a fully automatic, thereby enabling the firearms to automatically shoot more than one shot without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

In furtherance of the conspiracy and to effect the objectives of the conspiracy, the following overt acts were committed, among others:

1) On or about December 19, 2023, Isaac Blackman directed Derick Howard to meet Kevin Walker in the Hayward, California-area, so that Howard could retrieve a machine gun from Walker.

2) Walker previously manufactured the machine gun and agreed to sell the firearm to Blackman for $2,300.

3) Blackman transferred $1,600 to Walker via Zelle. Blackman directed Howard to pay the remaining $700 in cash to Walker when Howard retrieved the machine gun.

4) Because Howard and Walker did not know each other, Blackman directed each party to a specific area in a public park and provided Howard with Walker's physical description and the type of jacket that Walker was wearing.

5) Howard met Walker in a park in the Hayward, California-area, paid the remaining balance in cash, and retrieved the machine gun.

6) Howard then drove through the night from the Hayward, California-area to Las Vegas, Nevada, arriving on December 20, 2023.

7) On December 20, 2023, Howard gave the machine gun to Blackman. This was the same machine gun that Walker manufactured and transferred to Howard in

the Hayward, California-area.

8) Blackman subsequently sold the machinegun to an undercover ATF agent in Las Vegas.

9) On January 11, 2024, Coleman sold Blackman a privately manufactured firearm with a polymer machine gun conversion device and a separate selector switch used to modify a semi-automatic firearm to fire as a fully automatic firearm.

10) Prior to the deal, Coleman directed Blackman to meet his agent in the parking lot of a Las Vegas automotive parts store to complete the purchase of the machine guns. Coleman provided Blackman with a description of the vehicle driven by Coleman's agent.

11) Blackman called a confidential informant to advise that he was going to pick up the gun and would then meet the informant and sell the gun to the informant.

12) Law enforcement proceeded to the automotive parts store parking lot and observed Blackman meet Coleman's agent. The meeting was very short and was consistent with an illegal gun transaction.

13) Blackman then sold the privately manufactured firearm with a polymer machine gun conversion device and the separate selector switch to an undercover ATF agent.

All in violation of Title 18, United States Code, Sections 371, 922(o), and 924(a)(2).

## COUNT THREE
*Possession or Transfer of a Machinegun*

On or about August 31, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow,"**

defendant herein, did knowingly possess or transfer a machinegun, to wit: a privately manufactured AR-variant pistol that was converted into a machine gun, enabling the firearm to function as a fully automatic firearm, automatically shooting more than one shot without manual reloading by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FOUR
*Possession or Transfer of a Machinegun*

On or about December 20 and 21, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow," and
DERICK LAMAR HOWARD**

defendants herein, did knowingly possess or transfer a machinegun, to wit: a privately manufactured AR-variant pistol that was converted into a machine gun, enabling the firearm to function as a fully automatic firearm, automatically shooting more than one shot without manual reloading by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE
*Possession or Transfer of a Machinegun*

On or about January 11, 2024, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow," and
KEVIN ERIC COLEMAN**

defendants herein, aiding and abetting each other, did knowingly possess or transfer a machinegun, to wit: a privately manufactured pistol with a polymer machine gun

conversion device attached, and a selector switch used to modify a semi-automatic firearm to fire as a fully automatic, thereby enabling the firearms to automatically shoot more than one shot without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 2, 922(o), and 924(a)(2).

## COUNT SIX
*Conspiracy to Distribute a Controlled Substance*

Beginning from a date unknown and continuing up to and including on or about January 13, 2024, in the State and Federal District of Nevada, and elsewhere,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow," and
DERICK LAMAR HOWARD,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown, to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi) and 846.

## COUNT SEVEN
*Distribution of a Controlled Substance*

On or about September 22, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN,
aka "Shadow,"**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b)(vi).

## COUNT EIGHT
*Distribution of a Controlled Substance*

On or about October 26, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN,**
**aka "Shadow,"**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b)(vi).

## COUNT NINE
*Carrying a Firearm During and In Relation to a Crime of Violence*

On or about October 26, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow,"**

defendant herein, during and in relation to the drug trafficking crime charged in Count 8 of this Indictment, knowingly and intentionally used and carried a firearm, to wit: a black Glock-style pistol, with an extended magazine, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i).

## COUNT TEN
*Distribution of a Controlled Substance*

On or about December 13, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN,**
**aka "Shadow,"**

defendant herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b)(vi).

## COUNT ELEVEN
*Distribution of a Controlled Substance*

On or about December 20 and 21, 2023, in the State and Federal District of Nevada,

**ISAAC ANGELO EUGENE BLACKMAN, aka "Shadow," and
DERICK HOWARD**

defendants herein, did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(b)(vi).

DATED: this 14th day of February 2024.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

_____
DAVID KIEBLER
Assistant United States Attorney