**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00031-APG-NJK-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ISAAC ANGELO EUGENE BLACKMAN, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Tuesday, April 28, 2026 at 1:30 p.m., be vacated and continued to July 8, 2026 at the hour of 9:00 a.m. in Courtroom 6C.

DATED this 12th day of February 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3